United States District Court
Southern District of New York

---

Judy M. Waldman as Trustee for the Claire Waldman Trust, Individually And On Behalf of All,

                       Plaintiff(s)

        -against-

Wachovia Securities, LLC, et al.,

                       Defendant(s)

---

AFFIDAVIT OF SERVICE
Case No. 08 CV 02913

State of New York )
                 ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on April 9, 2008 at approximately 3:00 PM deponent served the following specific papers Summons in a Civil Action, Class Action Complaint for Violations of Federal Securities Laws with Attachment A, Individual Rules and Procedures of Judge Shira A. Scheindlin dated October 31, 2005, Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Guidelines for Electronic Case Filing Dated December 1, 2003, Procedures for Electronic Case Filing dated March 6, 2003, Individual Practices of Magistrate Judge Theodore H. Katz dated July 14, 2003, that the party served was Wachovia Corporation, one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the registered agent, Corporation Service Company located at 80 State Street, in the City of Albany, New York by delivering to and leaving papers with Maureen Cogan, a white female with brown hair, being approximately 46-55 years of age; height of 5'4" - 5'8", weight of 130-160 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

                                             */s/ Mary M. Bonville*
                                                Mary M. Bonville

Sworn to before me this ___9th___ day of April, 2008

*/s/ Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

Nicoletti & Harris, Inc.,
116 John Street, Suite 300
New York, NY 10038

United States District Court
Southern District of New York

---

Judy M. Waldman as Trustee for the Claire Waldman
Trust, Individually And On Behalf of All,

                       Plaintiff(s)

              -against-

Wachovia Securities, LLC, et al.,

                       Defendant(s)

AFFIDAVIT OF SERVICE
Case No.  08 CV 02913

---

State of New York )
                    ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on April 9, 2008 at approximately 3:00 PM deponent served the following specific papers  Summons in a Civil Action, Class Action Complaint for Violations of Federal Securities Laws with Attachment A, Individual Rules and Procedures of Judge Shira A. Scheindlin dated October 31, 2005, Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Guidelines for Electronic Case Filing Dated December 1, 2003, Procedures for Electronic Case Filing dated March 6, 2003, Individual Practices of Magistrate Judge Theodore H. Katz dated July 14, 2003, that the party served was Wachovia Securities, LLC, one of the defendants in this action,  by personally serving one copy of the aforesaid papers at the office of the registered agent, Corporation Service Company located at 80 State Street, in the City of Albany, New York by delivering to and leaving papers with Maureen Cogan, a white female with brown hair, being approximately 46-55 years of age; height of 5'4" - 5'8", weight of 130-160 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

                                                                                Mary M. Bonville

Sworn to before me this _9th_ day of April, 2008

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

                                                                              **Nicoletti & Harris, Inc.,**
                                                                              **116 John Street, Suite 300**
                                                                              **New York, NY 10038**