RECEIVED
CHAMBERS OF
APR 28 2008
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Judy M. Waldman as Trustee for the Claire
Waldman Trust, Individually, And On Behalf of All
Others Similarly Situated,

                08 CV 02913 (SAS)

           Plaintiffs,

                **STIPULATION**

vs.

Wachovia Corporation and Wachovia Securities, LLC,

           Defendants.
------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that Defendants' time to move, answer or otherwise respond to the Complaint is adjourned without date, pending appointment of Lead Plaintiff and filing of an amended complaint.

   Dated: April 25, 2008
          New York, New York

SEEGER WEISS LLP

By: _____
Stephen A. Weiss (SW-3520)
One William Street, 10th Floor
New York, NY 10004
Telephone: (212) 584-0757
Facsimile: (212) 584-0799

*Counsel for Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Brian A. Herman (BH-0731)
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6909
Facsimile: (212) 309-6001

*Counsel for Defendants*

SO ORDERED:

Date: 4/30/08

_____
The Shira A. Scheindlin
United States District Judge