**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
JUDY M. WALDMAN as Trustee for the        :
Claire Waldman Trust, Individually and on  :
Behalf of All Others Similarly Situated,   :
                                           :
                        Plaintiff,         :
                                           :      Civil Action No. 1: 08-cv-2913-SAS
            vs.                            :
                                           :
WACHOVIA CORPORATION, et al.,              :
                                           :
                        Defendants.        :
-------------------------------------------------------x
```

### NOTICE OF MOTION

TO:    ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to § 21D(a)(3)(B) of the Securities Exchange

Act of 1934, upon the accompanying (1) Declaration of David C. Harrison and the exhibits

thereto, (2) the Memorandum of Law in Support of Gustavo Spoliansky's Motion For

Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel in

the captioned action, Mr. Spoliansky will move before the Honorable Shira Scheindlin, Daniel

Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 640, New York, New York

10007 on such date as the Court may direct, for an Order in the form submitted herewith

appointing Mr. Spoliansky as Lead Plaintiff and approving his choice of counsel, Lowey

Dannenberg Cohen & Hart, P.C. and Schubert Jonckheer Kolbe & Kralowec LLP, as Co-Lead

Counsel for plaintiff and the putative class.

Date:   May 19, 2008

                    LOWEY DANNENBERG COHEN & HART, P.C.

By:    __/S/_____
           Barbara Hart (BH-3231)
           David C. Harrison (DH-3834)
           Todd S. Garber (TG-4620)
           White Plains Plaza
           One North Broadway, Suite 509
           White Plains, NY 10601
           Telephone: (914) 997-0500
           Telecopier: (914) 997-0035
           E-Mail: dharrison@lowey.com

           SCHUBERT JONCKHEER KOLBE
             & KRALOWEC LLP
           Robert C. Schubert
           Willem F. Jonckheer
           Aaron H. Darsky
           Three Embarcadero Center, Suite 1650
           San Francisco, CA  94111
           Telephone: (415) 788-4220
           Telecopier: (415) 788-0161

           *Counsel for Gustavo Spoliansky and [Proposed]*
           *Co-Lead Counsel for the Class*

# EXHIBIT #1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x
JUDY M. WALDMAN as Trustee for the   :
Claire Waldman Trust, Individually and on  :
Behalf of All Others Similarly Situated,    :
                                      :
                  Plaintiff,  :    **Civil Action No. 1: 08-cv-2913-SAS**
                                        :
          vs.                  :
                                        :
WACHOVIA CORPORATION, *et al.*,     :
                                        :
                  Defendants.  :
--------------------------------------------------------x

**[PROPOSED] ORDER**

After having considered the Motion of Gustavo Spoliansky, the Memorandum of Law in

Support of Gustavo Spoliansky's Motion for Appointment As Lead Plaintiff and Approval of

Lead Counsel, the accompanying Declaration of David C. Harrison, and the proceedings had

herein,

IT IS HEREBY ORDERED that:

1.      The Court determines that Gustavo Spoliansky is the "most adequate plaintiff"

pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act") and

appoints Mr. Spoliansky as Lead Plaintiff in this action.

2.      Lead Plaintiff, pursuant to § 21D(a)(3)(B) of the Exchange Act, has selected and

retained Lowey Dannenberg Cohen & Hart, P.C. and Schubert Jonckheer Kolbe & Kralowec

LLP as Co-Lead Counsel to represent the class, and the Court approves said counsel as Co-Lead Counsel.

IT IS SO ORDERED.


DATED: _____


_____
United States District Judge