**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Judy M. Waldman as Trustee for the Claire Waldman Trust, Individually And On Behalf of All Others Similarly Situated, <br><br>  Plaintiff, <br><br> v. <br><br> Wachovia Corporation and Wachovia Securities, LLC, <br><br>  Defendants. | Case No. 1:08-CV-2913-SAS |

**NOTICE OF MOTION OF ARTHUR MAXWELL, CURLIN INC., RALPH OHLERS AND JACKIE OHLERS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that class members Arthur Maxwell, Curlin Inc., Ralph Ohlers and Jackie Ohlers ("Movants"), by their counsel, will hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York for an Order (filed herewith):  (i) appointing Movants as Lead Plaintiff; (ii) approving Movants' selection of Girard Gibbs LLP to serve as Lead Counsel, Stueve Siegel Hanson LLP to serve as Co-Lead Counsel, and Seeger Weiss LLP to serve as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Movants' submit herewith a Memorandum of Law, [Proposed] Order, and the Declaration of Jonathan K. Levine and all exhibits attached thereto.

DATED: May 19, 2008

Respectfully submitted,

**GIRARD GIBBS LLP**

By:   *Jonathan K. Levine*
         Jonathan K. Levine (JL-8390)

Daniel C. Girard
Aaron M. Sheanin
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4500
Facsimile:  (415) 981-4846

**Proposed Lead Counsel**

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

**Proposed Co-Lead Counsel**

Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
**SEEGER WEISS LLP**
One William Street, 10th Floor
New York, NY  10004
Telephone:  (212) 584-0757
Facsimile:  (212) 584-0799

**Proposed Liaison Counsel**

## CERTIFICATE OF SERVICE

I, Angeline C. Ellis, hereby certify that on May 19, 2008, I filed the following document(s):

**NOTICE OF MOTION OF ARTHUR MAXWELL, CURLIN INC., RALPH OHLERS AND JACKIE OHLERS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL and [PROPOSED] ORDER APPOINTING ARTHUR MAXWELL, CURLIN INC., RALPH OHLERS AND JACKIE OHLERS AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFFS' SELECTION OF COUNSEL**

By ECF (Electronic Case Filing): I e-filed the above-detailed document utilizing the United States District Court, Southern District of New York's mandated ECF service on May 19, 2008. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, CA  May 19, 2008

/S/ Angeline C. Ellis

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Judy M. Waldman as Trustee for the Claire Waldman Trust, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Wachovia Corporation and Wachovia Securities, LLC,<br><br>Defendants. | ) Case No. 1:08-CV-2913-SAS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER APPOINTING ARTHUR MAXWELL, CURLIN INC., RALPH OHLERS AND JACKIE OHLERS AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFFS' SELECTION OF COUNSEL**

Upon consideration of the motions and supporting papers filed by the movants for lead plaintiff in the above-captioned actions and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion Of Arthur Maxwell, Curlin Inc., Ralph Ohlers and Jackie Ohlers For Appointment As Lead Plaintiff And Approval Of Selection Of Counsel is **GRANTED**;

2. Class members Arthur Maxwell, Curlin Inc., Ralph Ohlers and Jackie Ohlers are hereby **APPOINTED** to serve as Lead Plaintiff in the consolidated action, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

3. The law firm of Girard Gibbs LPP is hereby **APPOINTED** to serve as Lead Counsel for the Class, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

4. The law firm of Stueve Siegel Hanson LPP is hereby **APPOINTED** to serve as Co-Lead Counsel for the Class, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

///
///
///
///
///
///

2

5.     The law firm of Seeger Weiss LPP is hereby **APPOINTED** to serve as Liaison Counsel for the Class, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

**SO ORDERED.**

DATED: _____, 2008         _____
                                   THE HONORABLE SHIRA A. SCHEINDLIN
                                   UNITED STATES DISTRICT JUDGE