| | SEEGER WEISS LLP | |
|---|---|---|
| CHRISTOPHER A. SEEGER NJ NY | ATTORNEYS AT LAW | RICK BARRECA NJ NY |
| STEPHEN A. WEISS NY | One William Street | TERRIANNE BENEDETTO NJ PA |
| DAVID R. BUCHANAN NJ NY | New York, NY 10004 | KEVIN G. BOISVERT NJ NJ |
| DIOGENES P. KEKATOS NY | (212) 584-0700 | PATRICIA D. CODEY NJ |
| MOSHE HORN NJ NY | FAX (212) 584-0799 | SINDHU S. DANIEL MD PA |
| JONATHAN SHUB CA PA | www.seegerweiss.com | DENNIS M. GEIER NJ NY |
| | | SCOTT A. GEORGE NJ PA |
| MICHAEL L. ROSENBERG ^ NJ NY | | JEFFREY S. GRAND NY |
| MARC S. ALBERT ^ NY | | LAURENCE V. NASSIF NJ NY |
| DONALD R. BRADFORD ^ OK | | ANDREA M. PI-SUNYER NY |
| JAMES A. O'BRIEN III ^ MA NY | | DENISE K. STEWART NJ |
| | | CHRISTOPHER M. VAN DE KIEFT NY |
| ^ COUNSEL | | DANIEL R. WASP NJ NY |
| Attorneys admitted in | | RICHARD C. WILLIAMS, JR. NJ |
| states as denoted. | | |

May 19, 2008

Via Facsimile (212-805-7920)

The Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/20/08]

[Stamp: RECEIVED CHAMBERS OF MAY 19 2008 JUDGE SCHEINDLIN]

Re:  Waldman, et al. v. Wachovia Corp., et al.
     Case No. 08cv2913 (SAS)
     Request to File PSLRA Motion for Lead Plaintiff without Conference

Dear Judge Scheindlin:

My firm, along with the firms listed below, represent investors who wish to file a motion for appointment as lead plaintiff in the above-referenced action. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), this motion must be made by any class member who intends to seek appointment as a lead plaintiff, whether or not the class member previously has filed a complaint, not later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. See 15 U.S.C. § 78u-4(a)(3)(A) and (B). Based upon the date of the publication of notice of the pending class action, lead plaintiff motions are due today, May 19, 2008.

The Court's Individual Practices require the parties to have a pre-motion conference with the Court before filing most motions. Because of the deadline imposed by the PSLRA, and the fact that we are unaware of which other class members may be moving for appointment as lead plaintiff, we respectfully request leave from complying with this practice so that we may file our motion today.

[Handwritten annotation: Request granted. Motion for appointment as lead plaintiff may be made without the need for a pre-motion conference. So Ordered: /s/ Judge [signature] USDJ 5/19/08]

The Honorable Shira A. Scheindlin
United States District Judge
May 19, 2008
Page 2

   As per the Stipulation executed by the parties and entered by the Court on April 30, 2008, defense counsel was aware of the undersigneds' intent to move on behalf of their client(s) for a motion to be appointed as lead plaintiff(s) and that an Amended Complaint will be filed once a Lead Plaintiff and Lead Plaintiff Counsel are selected.

              Respectfully,

              Stephen A. Weiss
              SEEGER WEISS LLP

              Daniel C. Girard
              GIRARD GIBBS LLP

              Norman E. Siegel
              STUEVE SIEGEL HANSON LLP

              *Attorneys for Plaintiff*

cc: Brian A. Herman, Esq.
   101 Park Avenue
   New York, NY 10178
   Telephone: 212-309-6909
   (via facsimile and email – 212-309-6001 and bherman@morganlewis.com)

SW/tab