UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Judy M. Waldman as Trustee for the Claire :
Waldman Trust, Individually And On Behalf of :
All Others Similarly Situated, :
:
               Plaintiff, : Case No. 08-cv-02913
: J. Scheindlin
v. :
:
Wachovia Corporation and Wachovia :
Securities, LLC :
               Defendants. :
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter the appearance of Kevin T. Rover, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants Wachovia Corporation and Wachovia Securities, LLC in the above-captioned matter.

May 20, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

_____
Kevin T. Rover (KR-5629)

101 Park Avenue
New York, New York 10178
212-309-6000 (telephone)
212-309-6001 (facsimile)

*Attorneys for Defendants*

1-NY/2315838.1