UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Judy M. Waldman as Trustee for the Claire : 
Waldman Trust, Individually And On Behalf of :
All Others Similarly Situated, :
:
                        Plaintiff, : Case No. 08-cv-02913
: J. Scheindlin
    v. :
:
Wachovia Corporation and Wachovia :
Securities, LLC :
                       Defendants. :
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

     Please enter the appearance of Alice L. McCarthy, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants Wachovia Corporation and Wachovia Securities LLC in the above-captioned matter.

May 20, 2008                                   Respectfully submitted,

                                                    MORGAN, LEWIS & BOCKIUS LLP

                                                    _Alice McCarthy_
                                                    Alice L. McCarthy (AM-8862)

                                                   101 Park Avenue
                                                   New York, New York 10178
                                                   212-309-6000 (telephone)
                                                   212-309-6001 (facsimile)

                                                   *Attorneys for Defendants*

1-NY/2315834.1