UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Judy M. Waldman as Trustee for the Claire
Waldman Trust, Individually And On Behalf of
All Others Similarly Situated,

                        Plaintiff,                        Case No. 08-cv-02913
                                                                J. Scheindlin

     v.

Wachovia Corporation and Wachovia
Securities, LLC
                        Defendants.
------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter the appearance of Mark S. Mandel, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants Wachovia Corporation and Wachovia Securities, LLC in the above-captioned matter.

May 20, 2008                                                      Respectfully submitted,

                                                                   MORGAN, LEWIS & BOCKIUS LLP

                                                                     */s/ Mark Mandel*
                                                                     Mark S. Mandel (MM-2103)

                                                                     101 Park Avenue
                                                                     New York, New York 10178
                                                                     212-309-6000 (telephone)
                                                                     212-309-6001 (facsimile)

                                                                     *Attorneys for Defendants*

1-NY/2315840.1