UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Judy M. Waldman as Trustee for the Claire  :
Waldman Trust, Individually And On Behalf of  :
All Others Similarly Situated,  :
 :
                Plaintiff,  :  Case No. 08-cv-02913
 :  J. Scheindlin
   v.  :
 :
Wachovia Corporation and Wachovia  :
Securities, LLC  :
                Defendants.  :
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter the appearance of Brian A. Herman, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants Wachovia Corporation and Wachovia Securities, LLC in the above-captioned matter.

May 20, 2008                                                       Respectfully submitted,

                                                                 MORGAN, LEWIS & BOCKIUS LLP

                                                                  */s/ Brian A. Herman*
                                                                  Brian A. Herman (BH-0731)

                                                                  101 Park Avenue
                                                                  New York, New York 10178
                                                                  212-309-6000 (telephone)
                                                                  212-309-6001 (facsimile)

                                                                  *Attorneys for Defendants*