UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Judy M. Waldman as Trustee for the Claire  :
Waldman Trust, Individually And On Behalf of  :
All Others Similarly Situated,  :
                                                       Plaintiff,  :  Case No. 08-cv-02913
                                                                  :  J. Scheindlin
    v.  :
                                                                 :  **Statement Pursuant to F.R.C.P. 7.1**
Wachovia Corporation and Wachovia  :
Securities, LLC  :
                               Defendants.  :
-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Wachovia Corporation and Wachovia Securities, LLC, states as follows:

Wachovia Securities, LLC is a wholly owned subsidiary of Wachovia Securities Financial Holdings, LLC. Wachovia Securities Financial Holdings, LLC is a joint venture owned by two companies, Wachovia Securities Holdings, LLC and Prudential Securities Group, each of which has an ownership interest of more than 10% in Wachovia Securities Financial Holdings, LLC. Wachovia Securities Holdings, LLC is a wholly owned subsidiary of Everen Capital Corporation which is a wholly owned subsidiary of Wachovia Corporation. Prudential Securities Group is a wholly owned company of Prudential Capital and Investment Services, Inc., which is a wholly owned company of Pruco, Inc. which is a wholly owned company of Prudential Financial, Inc.

Wachovia Corporation is publicly owned and traded on the NYSE under the symbol WB. Wachovia Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       May 20, 2008

                                            MORGAN, LEWIS & BOCKIUS LLP

                             By: _____
                                    Brian A. Herman (BH-0731)
                                     101 Park Avenue
                                     New York, NY 10178-0060
                                     Telephone: (212) 309-6000
                                     *Attorneys for Defendants*

1-NY/2315834.1