UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Judy M. Waldman as Trustee for the Claire Waldman Trust, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Wachovia Corporation and Wachovia Securities, LLC,<br><br>Defendants. | CIVIL ACTION NO. 08-CV-02913 (SAS)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* |

Plaintiff Judy M. Waldman, through her counsel, Jonathan K. Levine, has requested the admission *pro hac vice* of Daniel C. Girard, A.J. DeBartolomeo, Aaron M. Sheanin and Christina H. C. Sharp.

Defendants do not oppose the request.

IT IS HEREBY ORDERED that Daniel C. Girard, A.J. DeBartolomeo, Aaron M. Sheanin and Christina H. C. Sharp are admitted to practice *pro hac vice* as counsel for Plaintiff in this action.

IT IS SO ORDERED.

Dated: _____, 2008
New York, New York

Girard Gibbs, LLP
601 California St. Suite 1400
San Francisco, CA 94108

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE