USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Judy M. Waidman as Trustee for the Claire Waidman Trust, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Wachovia Corporation and Wachovia Securities, LLC, <br><br> Defendants. | Case No. 1:08-CV-2913-SAS <br><br> **STIPULATION** |

WHEREAS on June 12, 2008, this Court issued an Order appointing Class members Arthur Maxwell, Curlin Inc., Ralph Ohlers and Jackie Ohlers (collectively, "the Maxwell Group") Lead Plaintiff and approving the Maxwell Group's selection of counsel;

WHEREAS this class action is subject to a pending Motion to Transfer for Coordination before the Judicial Panel on Multidistrict Litigation (*In re Auction Rate Securities (ARS) Marketing Litigation*, MDL No. 1979);

WHEREAS the parties have stipulated and the Court has ordered that Defendants' time to move, answer or otherwise respond to the Complaint is adjourned without date, pending appointment of Lead Plaintiff and filing of an amended complaint;

///

///

///

**THEREFORE IT IS HEREBY STIPULATED AND AGREED** by the parties, by and through their undersigned counsel, that:

1. If the Motion to Transfer for Coordination is denied, Lead Plaintiff shall file an amended complaint in this action within 30 days of the JPML's ruling.

2. If the Motion to Transfer for Coordination is granted, Lead Plaintiff shall file an amended complaint as directed by the transferee court selected by the JPML.

**IT IS SO STIPULATED.**

Dated: July 30, 2008

**GIRARD GIBBS LLP**

By: /s/ CHC Sharp

Daniel C. Girard (*pro hac vice*)
Jonathan K. Levine (JL-8390)
Aaron M. Sheanin (*pro hac vice*)
Christina H. C. Sharp (*pro hac vice*)
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Lead Counsel for the Class*

Norman E. Siegel (*pro hac vice*)
Matthew L. Dameron (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

*Co-Lead Counsel for the Class*

Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

*Liaison Counsel for the Class*

Dated: July 30, 2008

**MORGAN, LEWIS & BOCKIUS LLP**

By: _____
Brian A. Herman (BH-0731)
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6909
Facsimile: (212) 309-6001

*Counsel for Defendants*

**SO ORDERED.**

DATED July 28, 2008

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

3