*So Ordered/J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Judy M. Waldman as Trustee for Claire Waldman Trust, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Wachovia Corporation and Wachovia Securities, LLC,<br><br>Defendants. | Case No. 1:08-CV 2913-SAS<br><br>**STIPULATION** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/09

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the claims of Lead Plaintiffs Arthur Maxwell, Curlin Inc., Ralph Ohlers and Jackie Ohlers are voluntarily dismissed without prejudice.

Dated: December 7, 2009     **GIRARD GIBBS LLP**

By: _____

Daniel C. Girard (admitted *pro hac vice*)
Jonathan K. Levine (JL-8390)
Aaron M. Sheanin (admitted *pro hac vice*)
Christina H. C. Sharp (admitted *pro hac vice*)
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**Plaintiffs' Lead Counsel**

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**

460 Nichols Road, Suite 200
Kansas City, MO, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

**Plaintiffs' Co-Lead Counsel**

Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

**Plaintiffs' Liaison Counsel**

Dated: December 7, 2009

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____

Claudia L. Hammerman
David W. Brown
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3321
Facsimile: (212) 492-0321

**Counsel for Defendants**

**SO ORDERED:**

Dated: Dec 8, 2009

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

2